ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

VICTORIANO BRAVO

*Plaintiff*

v.

U.S. BANK, NATIONAL ASSOCIATION; U.S. BANCORP and FDIC as Receiver of Downey Savings and Loan Association, F.A.

*Defendant*

Civil Action No. 1183

## SUMMONS IN A CIVIL ACTION

VITALIANO, J.

To: *(Defendant's name and address)*

BLOOM, M.J.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PRO SE: VICTORIANO BRAVO
438 East 4th Street
Brooklyn, NY 11218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

*CLERK OF COURT*

Date: MAR 09 2012

*Signature of Clerk or Deputy Clerk*

RECEIVED
MAR 09 2012
PRO SE OFFICE

ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 12-1183

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Bancorp

was received by me on *(date)* 03/09/2012.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; ~~or~~

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/09/2012

[signature]
*Server's signature*

FILADELFO HERRERA
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
MAR 09 2012
PRO SE OFFICE

ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV12-1183

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Bank, national association was received by me on *(date)* 03/09/2012.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/09/2012

[signature]
*Server's signature*

FILADELFO HERRERA
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
MAR 09 2012
PRO SE OFFICE

ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 12-1183

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* FDIC as receiver of Downey Savings and Loans Association F.A. was received by me on *(date)* 03/09/2012

❒ I personally served the summons on the individual at *(place)* ______________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/09/2012

[signature]
*Server's signature*

FILADELFO HERRERA
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
MAR 09 2012
PRO SE OFFICE

ORIGINAL

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0013 0886 0020

Article Sent To:
DALLAS TX 75201

| | |
|---|---|
| Postage | $ $8.75 $2.75 |
| Certified Fee | $2.35 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $14.05 |
| Total Postage & Fees | $ |

03/09/2012
USPS 11201

Name (Please Print Clearly) (to be completed by mailer)
FDIC As reciever of Downey Savings
Street, Apt. No.; or PO Box No.
1601 Bryan Street
City, State, ZIP+4
Dallas, TX 75201

PS Form 3800, July 1999

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0013 0886 0013

Article Sent To:
MINNEAPOLIS MN 55402

| | |
|---|---|
| Postage | $ $8.05 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $13.35 |

0354
MAR -9 2012
USPS 11201
03/09/2012

Name (Please Print Clearly) (to be completed by mailer)
U.S. BanCorp
Street, Apt. No.; or PO Box No.
800 Nicollet Mall, [redacted]
City, State, ZIP+4
Minnesota, Minneapolis 55402

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0013 0887 0579

Article Sent To:
CINCINNATI OH 45202

| | |
|---|---|
| Postage | $ $6.30 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $11.60 |

0354
Postmark Here
03/09/2012

Name (Please Print Clearly) (to be completed by mailer)
U.S. Bank, National Association
Street, Apt. No.; or PO Box No.
425 Walnut Street
City, State, ZIP+4
Cincinnati OH 45202

PS Form 3800, July 1999

RECEIVED
MAR 09 2012
PRO SE OFFICE




